IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD YOUNG,                              1:07-cv-01121-OWW-NEW(DLB)-(PC)

      Plaintiff,                          ORDER TO SUBMIT APPLICATION
                                           TO PROCEED IN FORMA PAUPERIS
   vs.                                  **OR** PAY FILING FEE

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
et al.,

      Defendants.
_____/

     Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

     2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

     IT IS SO ORDERED.

    **Dated:** __**August 9, 2007**__          _____**/s/ Dennis L. Beck**_____
                                           UNITED STATES MAGISTRATE JUDGE