UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOWARD YOUNG, | ) | 1:07-cv-01121-OWW-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DISREGARDING MOTION TO AMEND COMPLAINT AS UNNECESSARY |
| v. | ) | (Doc. 8) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | ) | ORDER DEEMING FIRST AMENDED COMPLAINT PROPERLY FILED ON AUGUST 31, 2007 |
| | ) | (Doc. 9) |
| Defendants. | ) | |

Howard Young ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 31, 2007, plaintiff filed a motion to amend his complaint and also submitted a First Amended Complaint. The First Amended Complaint was filed by the court on August 31, 2007.

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). In this case, because a responsive pleading has not been served and plaintiff has not previously amended his complaint, plaintiff does not

1

Case 1:07-cv-01121-AWI-GSA   Document 14   Filed 11/06/07   Page 2 of 2

require leave of court to amend his complaint. Therefore, plaintiff's motion to amend shall be disregarded as unnecessary.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion to amend his complaint is DISREGARDED as unnecessary; and

2. The First Amended Complaint was properly filed on August 31, 2007.

IT IS SO ORDERED.

Dated:   **November 5, 2007**                     **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

2