# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD YOUNG,<br><br>          Plaintiff,<br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>          Defendants.<br>_____/ | 1:07-cv-01121-GSA-PC<br><br>ORDER IN RESPONSE TO PLAINTIFF'S OBJECTIONS FILED MARCH 18, 2009<br><br>ORDER FOR PLAINTIFF TO COMPLY WITH ORDER OF MARCH 5, 2009 WITHIN THIRTY DAYS (Doc. 19.)<br><br>ORDER FOR CLERK TO SEND PLAINTIFF A CIVIL RIGHTS COMPLAINT FORM<br><br>THIRTY DAY DEADLINE |

      Howard Young ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 2, 2007. (Doc. 1.) On August 15, 2007, plaintiff consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1). (Doc. 6.) On January 21, 2009, this case was reassigned to the undersigned to conduct any and all proceedings in the case. (Doc. 16.)

      On August 31, 2007, plaintiff filed an amended complaint. (Doc. 9.) The Court screened the amended complaint pursuant to 28 U.S.C. 1915A and issued an order on March 5, 2009, giving plaintiff the choice to either file a second amended complaint, or in the alternative, to proceed on the claims found cognizable by the Court. (Doc. 19.) On March 18, 2009, plaintiff filed objections to the court's March 5, 2009 order, in which he attempted to clarify the claims in the amended complaint to avoid filing a second amended complaint. (Doc. 20.)

1     Plaintiff may not clarify or supplement the amended complaint in this manner. Should plaintiff wish to clarify the claims in his amended complaint, he must do so by filing a second amended complaint. Local Rules provide that "[u]nless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by Court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading." Local Rule 15-220. Therefore, plaintiff must either file a second amended complaint or proceed on the claims found cognizable by the Court, as directed by the Court's order.

    Plaintiff shall be given another opportunity to comply with the Court's order of March 5, 2009. Should plaintiff decide to file a second amended complaint, he is reminded to include only those claims that have been exhausted prior to the initiation of this suit.

    Based on the foregoing, IT IS HEREBY ORDERED THAT:

1. The Clerk's Office shall send plaintiff a civil rights complaint form;
2. Within **thirty (30) days** from the date of service of this order, in compliance with the court's order of March 5, 2009, plaintiff must either:
   a. File a Second Amended Complaint, or
   b. Notify the court in writing that he does not wish to file a Second Amended Complaint and wishes to proceed only on the claims identified by the Court as viable/cognizable.
3. If plaintiff fails to comply with this order, this action will be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated: **April 23, 2009**       /s/ **Gary S. Austin**
    UNITED STATES MAGISTRATE JUDGE

2