# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD YOUNG,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br>et al.,<br><br>        Defendants.<br>_____/ | 1:07-cv-01121-GSA-PC<br><br>ORDER RESOLVING PLAINTIFF'S<br>MOTIONS FILED JULY 1, 2010<br>(Docs. 59, 60.)<br><br>ORDER FOR PLAINTIFF TO CHOOSE<br>ONLY ONE OF THESE TWO OPTIONS:<br><br>    (1)    PROCEED ONLY<br>           AGAINST DEFENDANT<br>           BARRON FOR<br>           RETALIATION<br><br>           OR<br><br>    (2)    FILE A THIRD AMENDED<br>           COMPLAINT<br><br>THIRTY DAY DEADLINE TO NOTIFY<br>THE COURT OR FILE A THIRD<br>AMENDED COMPLAINT |

   Howard Young ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 2, 2007. (Doc. 1.)

   On June 21, 2010, the court issued an order requiring plaintiff to either (1) file a third amended complaint, or (2) notify the court of his willingness to proceed only against defendant

1

1 Barron on the retaliation claim.  (Doc. 55.)  On July 1, 2010, plaintiff filed a motion to
2 immediately proceed with service of process, and a motion for extension of time to file a third
3 amended complaint.  (Docs. 59, 60.)  Plaintiff may not select both of these options.
4     Accordingly, IT IS HEREBY ORDERED that:
5 1. Plaintiff's motions filed on July 1, 2010 are RESOLVED;
6 2. Within thirty days from the date of service of this order, plaintiff is required to
7 either:
8 (1) Notify the court that he is willing to proceed only against defendant
9 Barron on the retaliation claim; OR
10 (2) File a third amended complaint curing the deficiencies identified
11 by the court in the order issued on June 21, 2010;
12 3. Plaintiff's failure to comply with this order shall result in the dismissal of this
13 action for failure to obey a court order.

IT IS SO ORDERED.

Dated:  **July 12, 2010**       /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE