1
2
3
4

# UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF CALIFORNIA

6
7

| | |
|---|---|
| 8  HOWARD YOUNG, | 1:07-cv-01121-GSA-PC |
| 9          Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF PROCESS |
| 10     v. | AND STAY OF APPEAL (Docs. 67, 69.) |
| 11  CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ORDER DIRECTING CLERK TO SERVE COPY OF THIS ORDER ON THE NINTH |
| 12  et al., | CIRCUIT COURT OF APPEALS |
| 13          Defendants. | (Re: Appeal case number 10-16493) |
| 14  _____/ | |

15   **I.      BACKGROUND**

16          Howard Young ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in

17   this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on August 2, 2007.

18   (Doc. 1.)

19          On June 21, 2010, the Court issued a Second Screening Order requiring Plaintiff to either

20   (1) notify the Court of his willingness to proceed only against defendant Barron on the

21   cognizable retaliation claim, or (2) file a third amended complaint curing the deficiencies

22   described by the Court in the order, within thirty days.  (Doc. 55.)  On July 1, 2010, Plaintiff filed

23   a motion for reconsideration of the Court's order.  (Doc. 61.)  On July 12, 2010, the Court denied

24   Plaintiff's motion for reconsideration.  (Doc. 65.)  On August 12, 2010, Plaintiff filed another

25   motion for reconsideration, which is pending.  (Doc. 68.)

26          On July 2, 2010, Plaintiff filed a Notice of Appeal, appealing the Court's June 21, 2010

27   order.  (Doc. 62.)  On July 8, 2010, the Court forwarded the Appeal to the Ninth Circuit Court of

28   Appeals.  (Doc. 63.)

On July 22, 2010, Plaintiff filed a motion for service of process and stay of appeal.   (Doc. 67.)  On August 12, 2010, Plaintiff filed another motion for service of process.  (Doc. 69.)  Plaintiff's motions for service of process and stay of appeal are now before the Court.

## II.     PLAINTIFF'S NOTICE OF APPEAL

Plaintiff requests a "stay" of the Notice of Appeal he filed at the Court on July 2, 2010, asserting that he did not intend to appeal to the Ninth Circuit Court of Appeals but instead meant to appeal the Magistrate Judge's order of June 21, 2010 to the District Judge.  Plaintiff's Notice of Appeal was forwarded to the Ninth Circuit on July 8, 2010, and the Ninth Circuit assigned case number 10-16493.  (Docs. 63, 64.)  Plaintiff is advised that at this stage of the proceedings, if he wishes to withdraw his Appeal, a Motion to Withdraw should be addressed to the Ninth Circuit Court of Appeals, not to the District Court.  The District Court lacks jurisdiction to "stay" or dismiss Plaintiff's Appeal.   28 U.S.C. §§ 1291,1331.  Therefore, Plaintiff's motion must be denied.

## III.    SERVICE OF PROCESS

Plaintiff requests the Court to initiate service of process upon defendant Barron, based on the Court's Second Screening Order of July 22, 2010.  However, Plaintiff has requested reconsideration of the Order, and an Appeal of the Order is pending at the Ninth Circuit.  Service cannot proceed until Plaintiff's motion for reconsideration and Appeal are resolved.  Therefore, Plaintiff's motion for service of process must be denied.

## IV.    CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for stay of his Appeal is DENIED;

2.      Plaintiff's motion for service of process is DENIED; and

3.      The Clerk shall serve a copy of this order on the Ninth Circuit Court of Appeals.


IT IS SO ORDERED.

**Dated:    August 22, 2010**              **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE