IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD YOUNG, | 1:07-cv-01121-GSA-PC |
| Plaintiff, | ORDER VACATING ORDER OF JANUARY 28, 2011 DIRECTING SERVICE BY MARSHAL |
| vs. | (Doc. 85.) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Howard Young ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On January 28, 2011, the Court issued an order directing the United States Marshal to initiate service of process upon defendant J. Barron. (Doc. 85.) On February 9, 2011, Plaintiff filed a notice informing the Court that the defendant's name is M. Barron, not J. Barron. (Doc. 87.) Due to this notice, the Court shall vacate the order of January 28, 2011 and subsequently issue a new order directing the Marshal to serve process upon defendant M. Barron.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's order entered on January 28, 2011, directing the United States Marshal to initiate service upon defendant J. Barron, is VACATED; and

2. The Clerk is DIRECTED to serve a copy of this order on the United States Marshals Service in Sacramento.

IT IS SO ORDERED.

Dated:  **March 3, 2011**                  /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE