1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   HOWARD YOUNG,                          1:07-cv-01121-GSA-PC

11              Plaintiff,                   ORDER DENYING MOTION FOR
                                            RECONSIDERATION AS MOOT
12        vs.                               (Doc. 81.)

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND REHABILITATION,
14   et al.,

15              Defendants.
     _____/
16

17        Howard Young ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in

18   this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint initiating this

19   action on August 2, 2007. (Doc. 1.)  This action now proceeds on the Second Amended Complaint

20   filed on August 31, 2009, against defendant Barron for retaliation in violation of the First

21   Amendment.[1]  (Doc. 74.)

22        On October 22, 2010, the Court issued an order denying Plaintiff's motion for the Court to

23   provide him with free copies of his Second Amended Complaint, or for a court order directing prison

24   officials to provide him with copies, to enable the initiation of service in this action.  (Doc. 78.)  On

25   December 23, 2010, Plaintiff filed a motion for reconsideration of the Court's order.  (Doc. 81.)

26   _____

27        [1] All other claims and defendants were dismissed from this action by the Court on September 28, 2010.  (Doc. 75.)

28                                           1

1   Now, service has been initiated in this action.[2]   As a result, Plaintiff no longer requires

2   copies of the Second Amended Complaint to initiate service, and the motion for reconsideration is

3   moot.

4   Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration, filed on

5   December 23, 2010, is DENIED as moot.

6

7   IT IS SO ORDERED.

8   **Dated:   May 27, 2011**                    **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   [2]On January 28, 2011, Plaintiff submitted two copies of the Second Amended Complaint, enabling the initiation of
     service, and on March 24, 2011, the Court directed the United States Marshal to serve process upon defendant Barron.  (Docs.
27   84, 89.)

28                                    2